UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER RISK

Plaintiff,                                                        Case No. 1:14-cv-01026
                                                                  HON. JANET T. NEFF

 -vs-

PIONEER CREDIT RECOVERY, INC.,

Defendants,
_____/

THE ALEXANDER LAW FIRM
Adam S. Alexander (P53584)
Attorney for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
(248)246-6353
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Risk, through her counsel, hereby files this notice that the above-captioned action be voluntarily dismissed with prejudice. Pursuant to the aforementioned Rule, this matter is hereby DISMISSED with prejudice and with no award of costs or attorney's fees to either party.

Respectfully:

**/s/Adam S. Alexander**

THE ALEXANDER LAW FIRM
Adam S. Alexander (P53584)
Attorney for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
(248)246-6353

Dated: December 8, 2014